IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE CASTRO, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-01022-XR |
| vs. | § § § | |
| KIMBERLY KORY, MICHAEL THORNTON, CARL KERAWALLA, SHAWN KING,  UNKNOWN SAN ANTONIO POLICE OFFICER(S), | § § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the above-styled cause of action.  The record reflects that the District Court referred Defendants' Motion to Quash and for Protective Order on April 29, 2019.  On May 21, 2021, the undersigned held a hearing on the motion, after which it entered an Order memorializing the parties' resolution as to certain issues and denying the motion as to the items remaining in dispute [#33].  At the hearing, the parties agreed to submit certain documents to the undersigned for *in camera* inspection.  To date, the Court has not received any documents for review.

**IT IS THEREFORE ORDERED** that the parties submit any documents for *in camera* inspection, as set forth in the undersigned's order dated May 24, 2021 [#33], on or before **June 9, 2021**, by e-mailing the documents to valeria_sandoval@txwd.uscourts.gov.  If the parties have reached further resolution and an *in camera* inspection is no longer required, they are directed to file an Advisory within this same time period, informing the Court of the same.

2

**IT IS SO ORDERED.**

SIGNED this 3rd day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE